# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTINIQUE N. ANDERSON,<br><br>　　Plaintiff<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>　　Defendant | Case No.: 2:21-cv-01018-APG-VCF<br><br>**Order** |

The proposed joint pretrial order is overdue. ECF No. 11.

I THEREFORE ORDER the parties to file a proposed joint pretrial order that complies with the Local Rules by September 3, 2021. Failure to comply by that date may result in sanctions, including dismissal.

DATED this 11th day of August, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE