# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTINIQUE N. ANDERSON, | Case No.: 2:21-cv-01018-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| WAL-MART STORES, INC., | |
| Defendant | |

I ORDER that the order directing the parties to file a proposed joint pretrial order by September 3, 2021 **(ECF No. 13) is VACATED** as entered in error.

DATED this 12th day of August, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE