# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTINIQUE N. ANDERSON, | Case No.: 2:21-cv-01018-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| WAL-MART STORES, INC., | |
| Defendant | |

The proposed joint pretrial order is overdue. ECF No. 32.

I THEREFORE ORDER that the parties shall file the proposed joint pretrial order by May 26, 2023. Failure to comply with this order may result in sanctions, including dismissal of claims or defenses.

DATED this 8th day of May, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE