**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MADISON M. AGUIRRE, ESQ.
Nevada Bar #16183
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARTINIQUE N. ANDERSON, AN INDIVIDUAL,<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART STORES, INC., A DELAWARE FOREIGN CORPORATION; AND DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01018-APG-VCF<br><br>STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE |

COME NOW Plaintiff, MARTINIQUE N. ANDERSON ("Plaintiff") by and through her counsel of record, the law firm of George T. Bochanis, Ltd., and Defendant, WALMART STORES, INC. ("Defendant") by and through their counsel of record, the law firm of Alverson Taylor & Sanders, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby request that the Court dismiss this action with prejudice. There are no counterclaims, crossclaims, or third-party claims pending in this civil action.

. . .

. . .

1                                                                                              KRB/27627

The Parties agree that should the Court approve this stipulation and dismiss this action, each side will bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 18th day of May, 2023.                    DATED this 18th day of May, 2023.

**GEORGE T. BOCHANIS, LTD.**                         **ALVERSON TAYLOR & SANDERS**

*/s/ George T. Bochanis*                             */s/ Kurt R. Bonds*
GEORGE T. BOCHANIS, ESQ.                             KURT R. BONDS, ESQ.
EUNICE M BEATTIE, ESQ.                               MADISON M. AGUIRRE
631 South Ninth Street                               6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89101                              Las Vegas, Nevada 89149
*Attorneys for Plaintiff*                            *Attorneys for Defendant*

## ORDER

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the Stipulation is **approved**. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED this 19th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted by:*

ALVERSON TAYLOR & SANDERS

*/s/ Kurt R. Bonds*
KURT R. BONDS, ESQ.
MADISON M. AGUIRRE, ESQ.
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
*Attorneys for Defendants*

2                                                    KRB/27627